**Burl P. GLOVER, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE.**

**No. 15877.**

United States Court of Appeals
Eighth Circuit.

July 31, 1959.

W. S. Miller, Jr., E. Chas. Eichenbaum, and Leonard L. Scott, Little Rock, Ark., for petitioner.

Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Joseph F. Goetten, Robert N. Anderson and Carolyn R. Just, Attys., Department of Justice, for respondent.

PER CURIAM.

In accordance with opinion and judgment of the Supreme Court of the United States, Washington, D. C., 360 U.S. 446, 79 S.Ct. 1270, 3 L.Ed.2d 1360, reversing judgment of this Court, judgment of April 23, 1958, 253 F.2d 735, vacated, set aside and held for naught, and decision of The Tax Court of the United States entered June 5, 1957, affirmed.

**Benjamin PRETTY BEAR, Appellant,**

v.

**UNITED STATES of America.**

**No. 16256.**

United States Court of Appeals
Eighth Circuit.

July 7, 1959.

William E. Heller, Bismarck, N. D., for appellant.

Robert Vogel, U. S. Atty., and Gordon Thompson, Asst. U. S. Atty., Fargo, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, for lack of jurisdiction, on motion of appellee.

**R. Eldon LAIRD, Executor of the Estate of Alice Moeller, Deceased, Appellant,**

v.

**W. W. ELZEA, INCORPORATED.**

**No. 16097.**

United States Court of Appeals
Eighth Circuit.

Aug. 4, 1959.

Beecher, Buckmaster, Beecher & Lindeman, Waterloo, Iowa, and Laird & Laird, Waverly, Iowa, for appellant.

Swisher, Cohrt, Swisher & Finch, Waterloo, Iowa, and Hagemann, Hagemann & Hagemann, Waverly, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on withdrawal of appeal by appellant.

**NEBRASKA STATE MARKETING QUOTA REVIEW COMMITTEE, etc., et al., Appellants,**

v.

**H. B. WELLNITZ.**

**No. 16307.**

United States Court of Appeals
Eighth Circuit.

Aug. 18, 1959.

William C. Spire, U. S. Atty., Omaha, Neb., and Wm. E. Morrow, Jr., Asst. U. S. Atty., Lincoln, Neb., for appellants.

Edmund Hollstein, Rushville, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.